AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   25-CR-00074-JL |
| Michael Kirouac | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:   10/01/2025

/s/ Michael Kirouac
*Defendant's signature*

/s/ Brian M. Quirk
*Signature of defendant's attorney*

Brian M. Quirk, #12526
*Printed name of defendant's attorney*

*Judge's signature*

USDJ
*Judge's printed name and title*

